**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN JON SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | Case No. CV 15-2809-JFW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files of this case, and the Report and Recommendation of U.S. Magistrate Judge. On February 22, 2016, Petitioner filed objections to the R&R, in which he simply repeats arguments from his opposition to Respondent's motion to dismiss. The Court has considered and rejected those objections.

Accordingly, having made a de novo determination of those portions of the R&R to which Petitioner objected, the Court accepts the Magistrate Judge's recommendation that the Petition be denied as untimely. IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: <u>March 10, 2016</u>            _____
                                                          JOHN F. WALTER
                                                          U.S. DISTRICT JUDGE