JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JON SMITH, | Case No. CV 15-2809-JFW (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 10, 2016

JOHN F. WALTER
U.S. DISTRICT JUDGE